AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| LeeAnn Irvin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:25-CV-00020-RBF |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Social Security Administration's unfavorable decision denying Irvin's claim for disability-insurance benefits is REVERSED, and the matter is REMANDED to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further administrative.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Richard B. Farrer on a motion for _____.

Date: 03/26/2025

*CLERK OF COURT PHILIP J DEVLIN*

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset